# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Diquan Booker

(List the full name(s) of the plaintiff(s)/petitioner(s).)

7:22 CV 02355 (NSR)

-against-

Sgt Sefman NYS DOCC
NYS DOCCS Sgt Sefman

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 7/3/22 date 7/3/22 but did not file a notice of appeal within the required time period because:

I Just got the Paper 7/3/22

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

**MEMO ENDORSED**

Dated: 7/4/22

Signature: Duq Booker

Name (Last, First, MI): Booker Diquan

Address: Box 51   City: Comstock   State: NY   Zip Code: 12821-0051

Telephone Number: 

E-mail Address (if available): 

Rev. 3/27/15

Plaintiff's request for an extension is granted *nunc pro tunc*. The Clerk of Court is kindly directed to terminate the motion at ECF No. 24 and send a copy of this endorsement to pro se Plaintiff.

Dated: July 18, 2022
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge