UNITED STATES AMENDED COMPLAINT
DISTRICT COURT
SOUTHERN DISTRICT
OF NEW YORK

7:22-cv-2355

PLAINTIFF
DIQUAN BOOKER

VS

DEFENDANT
SGT SEFMAN

RECEIVED SDNY PRO SE OFFICE 2022 SEP 29 AM 10:41

Dear court i am filing this amended complaint which supersede the original complaint against sgt sefman on 3/23/22 a complaint was filed against sgt sefman, sgt sefman was the main reason i almost died from covid 19 virus and being beat to death by bloods gang members i sent already to the court the medical record of me having the covid 19 virus and the statement of the incident that occured with the bloods gang members the day and date of the situation is already on record with southern district court everything that happen I told sgt sefman as soon as i got to her jail i needed protective custody because of the situation with the iphone charger at the last jail i was in she knew all about it how a dirty bad correction officer gave a bloods gang member a iphone charger and i gave the iphone charger to the sgt that the bloods gang member wanted me to hold. I got to woodbourne correctional 99 prison Rd PoBox 1000 12788 i told sgt sefman in need protective custody she told me no snitch and put me with the other bloods gang members they knew about iphone charger situation they tryed to kill me and i caught the covid virus from someone where sgt sefman put me this would of never happen if she put me in protective custody like i ask her when i first i got to her jail this was a setup to try to kill me for giving other sgt the iphone charger that the dirty officer gave to the bloods gang member i told sefman i needed PC after i let her know about iphone charger situation and she said no snitch I am asking the defendant to pay i diquan booker $80,988,000 for the 2 attempt murders on my life ASAP

PLAINTIFF SIGNATURE
Diquan Booker

DATE 9/22/22

I am asking to be granted $80,988,000 from defendant for the 2 attempt murders on my life and failing to protect me. ASAP



GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975
NAME: Diquan Booker   DIN: 16A1691

Pro Se
EN

Legal Mail

USM P3
SDNY

Clerk of Courts
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse 500 Pearl Street Room 230
New York, NY 10007

RECEIVED
SEP 28 2022
CLERK'S OFFICE
S.D.N.Y.

US POSTAGE $000.57
ZIP 12051