RECEIVED
SDNY PRO SE OFFICE
2022 OCT 28 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIQUAN BOOKER
_____

Write the full name of each plaintiff.

-against-

SGT SEFMAN
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

7:22cv 02355 -NSR

(Include case number if one has been assigned)

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *Bivens* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

DIQUAN ~~[redacted]~~ BOOKER
First Name        Middle Initial        Last Name

N/A

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

16A169

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Greene Correctional
Current Place of Detention

P.O. Box 975
Institutional Address

COXSACKIE                NY              12051-0975
County, City             State           Zip Code

III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

SGT SEFMAN _____ She did not give it to me
First Name / Last Name / Shield #

SERGEANT
Current Job Title (or other identifying information)

99 Prson Rd
Current Work Address

99 Prson Rd Woodbourne NY 12788
County, City / State / Zip Code

Defendant 2:

_____ _____ _____
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 3:

_____ _____ _____
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4:

_____ _____ _____
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Woodbourne correctional facility

Date(s) of occurrence: filed on 3/23/22 My court papers got stolen but everything is on record this is a amended complaint.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

(Amended complaint Date on court record)

I diquan booker is sueing sgt sefman for $80,000,000.00 dollars because if it was not for her i would of not caught the covid 19 virus and almost been beat to death i was sent to sgt sefman jail on a emergency drop off i got there and sgt sefman was talking to me about the situation that happen at the last jail i let her know i needed protective custody she said no i told her that the dirty correctional officer gave a blood gang member a iphone charger and i got it and gave it to the sgt. and the bloods gang is after me i need protective custody she said iam not getting protective custody she yelled at me in a loud voice she sent me to population and i caught the covid 19 virus if she would of listen to me i would of never almost died from covid i had a headache dizzy, diarehha a snuff noise and the bloods gang members almost killed me in the bathroom in her jail it in a statment and My Postive test for covid virus is all on record with southern district court 722-cv-02355 i want sgt sefman to pay $80,988,008 dollar for the 2 attempt murders on my life this would of never happen she fail to protect me.

Page 4

I still feel sick from the covid 19 virus I could of died because sgt sefman fail to put me in protective custody I could of died from being beat to death from bloods gang members and sgt sefman knew I was not suppose to be in population with these banger because of the iphone charger situation at the last jail that she knew about that's why I was emergency rush to her jail she knew I needed protective custody she knew these bloods gang members was going to try to murder for giving the iphone charger to sgt and officers at the other jail that the bad dirty correctional officer gave to the bloods gang member she knew what will happen see what it is is that the sgt and correctional officers don't like rats and they will tryna have someone murder them. They bring in iphones iphones chargers dope knives what ever these gang bangers of the bloods gang need. These two attempt murders would of never happen if she put me in protective custody like I ask when I first got to her jail what a evil women to yell at me and deny me protective custody I needed I almost loss my life. These dirty bad correctional officer do anything for these gangbangers they will even help them escape. I am looking to settle for $80,988,00.⁰⁰ ASAP th

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. Quarentine 15 days very sick Covid 19 virus Headaches diareahh or snuffy noise dizzy almost being beat to death she was the cause of it Sgt Sefman was, she is a evil lady that yelled at me and denied me protection and that almost cause me my life

## VI. RELIEF

State briefly what money damages or other relief you want the court to order. I am ask for $80,988,000.00 for the two attempt murders on my life that Sgt sefman was the cause of. Almost died from the covid 19 virus and almost being beat to death by inmates medical record and other record is on record in the southern district court already I am asking to be awarded $80,988,000.00 for the two attempt murders on my life Sgt sefman was at fault of this.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

October 23 (2022) 10/23/22
Dated

Dquan Booker
Plaintiff's Signature

DIQUAN Unique BOOKER
First Name / Middle Initial / Last Name

P.O box 975
Prison Address

Coxsackie / New York / 12051-0975
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 10/23/22

GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975
NAME: Dyjuan Booker  DIN: 16A1691

Legal Mail

Southern District Court
500 Pearl Street
NY, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 28 PM 3:09

NEOPOST 10/26/2022
US POSTAGE $000.81⁰
ZIP 12051
041M11465187