**MANDATE**

S.D.N.Y. – W.P.
22-cv-2355
Román, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand twenty-two.

Present:
 José A. Cabranes,
 Susan L. Carney,
 Beth Robinson,
  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 23 2023

Diquan Booker,

  *Plaintiff-Appellant*,

 v.   22-1542 (L),
    22-1738 (Con)

Sergeant Sefman,

  *Defendant-Appellee*,

New York State Department of Corrections and Community Supervision,

  *Defendant*.

Appellant, pro se, moves for leave to proceed in forma pauperis and other relief. This Court has determined on its own initiative that it lacks jurisdiction over these appeals because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED. It is further ORDERED that Appellant's motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/23/2023